LARA R. SHAPIRO (State Bar No. 227194)
4145 Via Marina # 324
Marina del Rey, CA 90292
Telephone: (310) 577-0870
Facsimile: (424) 228-5351

*Of Counsel to*
Lemberg & Associates LLC
A Connecticut Law Firm
1100 Summer Street
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile: (203) 653-3424

Attorneys for Plaintiff,
Cheryl Jackson

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| **Cheryl Jackson,**<br><br>Plaintiff,<br><br>vs.<br><br>**Progressive Asset Management Services, Inc.,**<br><br>Defendant. | Case No.: 3:10-cv-01500-EDL<br><br>~~PROPOSED~~ **ORDER** |

**ORDER TO ALLOW LARA SHAPIRO TO APPEAR TELEPHONICALLY**

Pursuant to the Motion for Request to Appear at the Case Management Conference Telephonically, **IT IS HEREBY ORDERED** that Lara Shapiro may appear to the Case Management Conference set for July 20, 2010, at 10:00 a.m. telephonically.

**IT IS SO ORDERED.**

Dated: __July 15, 2010__ ___, 2010

_____
Honorable Elizabeth D. Laporte
Magistrate Judge of the District Court